**ESTATE of J. H. HOWELL, Deceased, Katie M. Howell, Executrix, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10794.

Circuit Court of Appeals, Fifth Circuit.

Feb. 8, 1944.

Robert Ash, of Washington, D. C., for petitioner.

F. E. Youngman, Sewall Key, Harry Baum, and A. F. Prescott, Sp.Assts. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and B. D. Daniels, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before HOLMES, WALLER, and LEE, Circuit Judges.

WALLER, Circuit Judge.

For the reasons stated in the opinion of this Court in Howell v. Commissioner of Internal Revenue, 140 F.2d 765, the decision of the Tax Court is affirmed.